**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6850**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY GRANDISON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-1297-S; CR-83-200-S)

———————————

Submitted:  April 29, 1998          Decided:  May 13, 1998

———————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Anthony Grandison, Appellant Pro Se.  Andrea L. Smith, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Grandison, Nos. CR-83-200-S; CA-97-1297-S (D. Md. May 12, and 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2